IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANTE DION SCOTT,<br><br>                Petitioner,<br><br>      vs.<br><br>L. E. SCRIBNER, Warden, Calipatria State Prison,<br><br>                Respondent. | No. 2:10-cv-01220-JKS<br><br>ORDER<br>[Re: IFP Application at Docket No. 34] |

       Tiante Dion Scott, a state prisoner appearing *pro se*, filed an Application to Proceed In Forma Pauperis by a Prisoner. The records of this Court indict that Scott was previously granted leave to proceed *in forma pauperis*.[1] Consequently, the current application is unnecessary.

       **IT IS THEREFORE ORDERED THAT** the Application to Proceed in Forma Pauperis by a Prisoner at Docket No. 34 is **DENIED** as moot.

       Dated:  April 13, 2012.

                                                    /s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    United States District Judge

---

[1] Docket No. 10.